

400 Garden City Plaza
Garden City, NY 11530
Tel: 516.355.9696
Fax: 516.355.9697
Direct Tel: 516.355.9628
Direct Fax: 516.213.9660
paf@hornwright.com

**Pablo A. Fernandez**
Partner

April 10, 2026

**VIA ECF**
Honorable James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re.:   ***Rivera v. County of Nassau, et al.***
2:24-cv-02948 (GRB)(JMW)

Dear Judge Wicks:

Horn Wright, LLP represents Plaintiff Brandon Rivera in connection with the above-referenced matter. We write pursuant to the Court's Electronic Order and today's Electronic Order.

As an initial matter, I wish to apologize to the Court for the delay in submitted the instant status report. The undersigned had miscalendared the status report due date.

I am pleased to report that the parties have settled the instant matter, and all settlement paperwork has been fully executed. Defendants' counsel is processing the settlement payment, and we anticipate payment being made within a reasonable time. The instant settlement payment does not require any additional approvals than those already obtained.

Therefore, the parties respectfully request that all pending deadlines be held in abeyance; that a stipulation and order of dismissal be filed within 30 days or in the alternative if payment has not been made that the matter be reinstated.

Thanking the Court for its time and consideration, I remain

Respectfully,
**HORN WRIGHT, LLP**

*/S Pablo A. Fernandez*
Pablo A. Fernandez

cc:   Nicholas Zotto, DCA (*Via Email Only*)