UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

BRANDON RIVERA,

                                                Plaintiff,

-against-

NASSAU COUNTY, NASSAU COUNTY CORRECTIONAL CENTER, NASSAU COUNTY SHERIFF ANTHONY J. LaROCCO, in his individual and official capacities, CORRECTION OFFICER JOHN DOES #1-10 (fictitiously named), in their individual and official capacities,

                                     Defendants.

---------------------------------------------------------------------- X

**2:24-cv-02948 (GRB)(JMW)**

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, counsel for the parties in the within action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, pursuant to the terms of the parties' Settlement Agreement and Release.

Dated:  March 30, 2023

**HORN WRIGHT, LLP**
*Attorneys for Plaintiff*

By: _____
      Pablo A. Fernandez
      400 Garden City Plaza, Suite 500
      Garden City, New York 11530
      Tel: 516.355.9696
      paf@hornwright.com

**NASSAU COUNTY ATTORNEY'S OFFICE**
*Attorneys for Defendants*

By: _____
      Nicholas Zotto
      One West Street
      Mineola, New York 11501
      516.571.3012

**SO ORDERED:**

_____
**HON. JAMES M. WICKS, U.S.M.D.J.**

1