UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X    **2:24-cv-02948 (GRB)(JMW)**

BRANDON RIVERA,

                                                                    **STIPULATION AND**
                                              Plaintiff,    **ORDER OF DISMISSAL**

            -against-                                      **FILED**
                                                              **CLERK**

NASSAU COUNTY, NASSAU COUNTY              5/26/2026 11:00 am
CORRECTIONAL CENTER, NASSAU COUNTY
SHERIFF ANTHONY J. LaROCCO, in his individual and     **U.S. DISTRICT COURT**
official capacities, CORRECTION OFFICER JOHN     **EASTERN DISTRICT OF NEW YORK**
DOES #1-10 (fictitiously named), in their individual and     **LONG ISLAND OFFICE**
official capacities,

                                              Defendants.
------------------------------------------------------------------------ X

        IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, counsel for the parties in the within action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, pursuant to the terms of the parties' Settlement Agreement and Release.

Dated:  March 30, 2023

**HORN WRIGHT, LLP**                        **NASSAU COUNTY ATTORNEY'S OFFICE**
*Attorneys for Plaintiff*                        *Attorneys for Defendants*

By:  _____    By:  _____
      Pablo A. Fernandez                        Nicholas Zotto
      400 Garden City Plaza, Suite 500          One West Street
      Garden City, New York 11530               Mineola, New York 11501
      Tel: 516.355.9696                          516.571.3012
      paf@hornwright.com


      Dated: 5/26/2026

**SO ORDERED:**


 */s/ Gary R. Brown*

_____
**HON. GARY R. BROWN, U.S.D.J.**

1